474 A.2d 667

Commonwealth v. Burgos, Appellant.

Submitted February 21, 1984. Abraham Leizerowski, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.